IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CASSANDRA LITTLE,         Civil Action Number
       2:13-cv-02519-CM-DJW

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds.

Respectfully submitted,

By: s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
1 E. Washington St Ste 500
Phoenix, AZ 85004
Office:       (913) 827-1950
meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**