**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

CASSANDRA LITTLE,                                    Civil File No. 2:13-cv-2519

    Plaintiff,

vs.                                                                    STIPULATION OF DISMISSAL
                                                                                                   WITH PREJUDICE

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Cassandra Little, and the defendant, Portfolio Recovery Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                        Respectfully submitted,

Dated:  March 19, 2014          By <u>s/ J. Mark Meinhardt</u>
                                        J. Mark Meinhardt #20245
                                        1 E. Washington St. Ste 500
                                        Phoenix, AZ 85004
                                        Telephone: (913) 827-1950
                                        Email: <u>meinhardtlaw@gmail.com</u>
                                        ATTORNEY FOR PLAINTIFF

Dated:  March 19, 2014          By <u>s/ Joshua C. Dickinson</u>
                                        Joshua C. Dickinson #20632
                                        Spencer Fane Britt & Browne LLP.
                                        1000 Walnut, Suite 1400
                                        Kansas City, MO 64106
                                        Telephone: (816) 474-8100
                                        Fax: (816) 474-3216
                                        Email: <u>jdickinson@spencerfane.com</u>
                                        ATTORNEY FOR DEFENDANT